BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 12264
1455 E. Tropicana Avenue, Suite 7750
Las Vegas, Nevada 89119
702-795-0097, 702-795-0098 fax
blp@abetterlegalpractice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLANN KAHALEWAI-REYES,<br><br>              Plaintiff,<br><br>vs.<br><br>CEMEX NEVADA, LLC a Foreign limited liability company; CEMEX, MANAGEMENT COMPANY, LLC. a Foreign limited liability company; CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, a Foreign limited liability company; CEMEX CONSTRUCTION MATERIALS SOUTH, LLC a Foreign limited liability company; JAMES LEUTH, an individual; CINDY ARBOGAST, an individual; CHRISTOPHER HILL, an individual; STEWART MATE, an individual; ROBERTO MUNOZ, an individual; and DOES I-X inclusive; and ROES I-X, inclusive.<br><br>              Defendants. | CASE 2:19-CV-00589-JAD-PAL<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>[ECF No. 6] |

      Plaintiff, Charlann Kahalewai-Reyes, by and through her undersigned counsel of record, Brandon L. Phillips, Esq., of BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC, Defendant CEMEX NEVADA, LLC, CEMEX MANAGEMENT COMPANY, LLC, CEMEX CONSTURCTION MATERIALS PACIFICI, LLC, CEMEX CONSTRUCTION MATERIALS SOUTH, LLC (collectively, "Cemex"), Cindy Arbogast, Christopher Hill, by and through its undersigned counsel of record, of JACKON LEWIS, P.C., specifically Lisa A. McClane, Esq., hereby stipulate and agree the discovery deadlines in this matter shall be extended as follows:

## FACTS AND PROCEDURAL HISTORY

This case arises from Plaintiff's Complaint for certain alleged misconduct during her employment with the Defendants and their named agents. On April 12, 2019, Defendants' filed a Motion to Dismiss the Amended the Complaint. This Court set Plaintiff's Opposition for a due date of April 26, 2019. Plaintiff has requested a brief extension to filing an Opposition for one week, until May 3, 2019. Based on communication with the Defendants, they respectfully have agreed to the extension.

## REASONS FOR EXTENSION REQUEST

Plaintiff has requested the continuance of filing the Opposition in good faith, due to current schedule conflicts that made filing the Opposition in a timely manner difficult. As this case is in its infancy there will be no harm to the case or delay in litigating the matter should the Court grant the Motion.

The parties have entered into this stipulation, and request approval from this Court to do so.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

Dated: April 26, 2019                          Dated: April 26, 2019

BRANDON L. PHILLIPS, ATTORNEY                  JACKSON LEWIS P.C.
AT LAW, PLLC

/s/ Brandon L. Phillips                        /s/ Lisa A. McClane
Brandon L. Phillips, Esq.                      Lisa A. McClane
Nevada Bar No. 12264                           Nevada Bar No. 10139
1455 E. Tropicana Ave., Ste. 750               3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89119                            Las Vegas, Nevada 89169
*Attorneys for Plaintiff*                      *Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
April 29, 2019