BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 12264
1455 E. Tropicana Avenue, Suite 7750
Las Vegas, Nevada 89119
702-795-0097, 702-795-0098 fax
blp@abetterlegalpractice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLANN KAHALEWAI-REYES,<br><br>              Plaintiff,<br><br>vs.<br><br>CEMEX NEVADA, LLC a Foreign limited liability company; CEMEX, MANAGEMENT COMPANY, LLC. a Foreign limited liability company; CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, a Foreign limited liability company; CEMEX CONSTRUCTION MATERIALS SOUTH, LLC a Foreign limited liability company; JAMES LEUTH, an individual; CINDY ARBOGAST, an individual; CHRISTOPHER HILL, an individual; STEWART MATE, an individual; ROBERTO MUNOZ, an individual; and DOES I-X inclusive; and ROES I-X, inclusive.<br><br>              Defendants. | CASE 2:19-CV-00589-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINITIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>ECF No. 11 |

Plaintiff, Charlann Kahalewai-Reyes, by and through her undersigned counsel of record, Brandon L. Phillips, Esq., of BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC, Defendant CEMEX NEVADA, LLC, CEMEX MANAGEMENT COMPANY, LLC, CEMEX CONSTURCTION MATERIALS PACIFICI, LLC, CEMEX CONSTRUCTION MATERIALS SOUTH, LLC (collectively, "Cemex"), Cindy Arbogast, Christopher Hill, by and through its undersigned counsel of record, of JACKON LEWIS, P.C., specifically Lisa A. McClane, Esq., hereby stipulate and agree the discovery deadlines in this matter shall be extended as follows:

## FACTS AND PROCEDURAL HISTORY

This case arises from Plaintiff's Complaint for certain alleged misconduct during her employment with the Defendants and their named agents. On April, 12, 2019, Defendants' filed a Motion to Dismiss the Amended the Complaint. This Court set Plaintiff's Opposition for a due date of April 26, 2019. Plaintiff has requested a brief extension to filing an Opposition for one week, until May 3, 2019. The Court granted that extension. However, the Parties have agreed to one additional continuance until **May 6, 2019.** This is the last and final extension allowable, as agreed.

## REASONS FOR EXTENSION REQUEST

Plaintiff has requested the continuance of filing the Opposition in good faith, due to current schedule conflicts that made filing the Opposition in a timely manner difficult. As this case is in its infancy there will be no harm to the case or delay in litigating the matter should the Court grant the Motion.

The parties have entered into this stipulation, and request approval from this Court to do so.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

| Dated: May 3, 2019 | Dated: May 3, 2019 |
|---|---|
| BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC | JACKSON LEWIS P.C. |
| /s/ Brandon L. Phillips | /s/ Lisa A. McClane |
| Brandon L. Phillips, Esq.<br>Nevada Bar No. 12264<br>1455 E. Tropicana Ave., Ste. 750<br>Las Vegas, NV 89119<br>*Attorneys for Plaintiff* | Lisa A. McClane<br>Nevada Bar No. 10139<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants* |

## ORDER

Based on the parties' stipulation **[ECF No. 11]** and good cause appearing, IT IS SO ORDERED. The response [ECF No. 12] is deemed timely.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 14, 2019